UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HOFFMANN-LA ROCHE INC., ET AL., <br><br> Defendants. | Civil Action Nos.: C 95-3524 SI <br> C 01-0415 SI |

**[PROPOSED] ORDER TO CORRECT CLERICAL ERRORS
IN FINDINGS OF FACT AND CONCLUSIONS OF LAW
<u>RE: DEFENSES OF INEQUITABLE CONDUCT</u>**

Upon Plaintiffs' Motion to Correct Clerical Errors in this Court's Findings of Facts and Conclusions of Law Re: Defenses of Inequitable Conduct, entered March 22, 2007, and good cause appearing therefore;

IT IS HEREBY ORDERED that this Court's Findings of Fact and Conclusions of Law Re: Defenses of Inequitable Conduct are hereby amended as follows:

(a) at page 2, line 8, the date "September 23, 2003" is corrected to read "September 29, 2003";

(b) at page 10, line 21, the reference to "Ronald Bjorge" in Findings of Fact 41 is corrected to read "Gerald Bjorge";

(c) at page 11, line 12, the heading "Alleged Inequitable Conduct re: the '708 and '270 Patents:" is corrected to read "Alleged Inequitable Conduct re: the '270 Patent:"; and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(d) at page 25, line 17, the heading "Alleged Inequitable Conduct re: the '708 and '270 Patents:" is corrected to read "Alleged Inequitable Conduct re: the '270 Patent:"

IT IS SO ORDERED.

Dated: April __, 2007  5/14/07



SUSAN ILLSTON
United States District Judge