IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, et al. | No. C 95-3524 SI |
| Plaintiffs, | **[CORRECTED PROPOSED]** |
| HOFFMANN-LA ROCHE, INC., et al., | **AMENDED JUDGMENT** |
| Defendants. | |

Findings subsequent to bench trial have been made in favor of plaintiffs concerning unenforceability of the '708 and '270 patents based on inequitable conduct. However, summary judgments of non-infringement of claims 1-6, 10-19 and 22-40 of the '708 patent, invalidity of claims 1-19, 22-40 and 43-45 of the '708 patent and invalidity of claims 1-2, 11-12, 14-15, 17-18, 20-21, 23-24, 26-27, 29-30 and 32-36 of the '270 patent have previously been entered in favor of defendants.

Accordingly, judgment is entered in favor of defendants Hoffmann-La Roche, Inc., Roche Molecular Systems, Inc., Roche Diagnostics Systems, Inc., Roche Biomedical Laboratories, Inc., The Perkin-Elmer Corporation and Laboratory Corporation of America Holdings.

**IT IS SO ORDERED AND ADJUDGED.**

May 14, 2007
DATED: April__, 2007

SUSAN ILLSTON
United States District Judge