IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, et al., | No. C 95-03524 SI |
| Plaintiffs, | **ORDER RE: DEFENDANTS' BILL OF COSTS** |
| v. | |
| HOFFMAN-LA ROCHE, INC., et al., | |
| Defendants. | |

The Court finds, in its discretion, that given the circumstances of this case, all parties shall bear their own costs. *See Amarel v. Connell*, 102 F.3d 1494, 1523 (9th Cir. 1996); *Manildra Milling Corp. v. Ogilvie Mills, Inc.*, 76 F.3d 1178, 1183 (Fed. Cir. 1996).

**IT IS SO ORDERED.**

Dated: July 3, 2008

SUSAN ILLSTON
United States District Judge